IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONELLA HARRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MOGUL SERVICES, LLC<br><br>　　　　　Defendant. | Case No. 3:25-cv-2466 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　　Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

　　DATED this 21st day of January, 2026

　　　　　　　　　　　　　　　　　　By: _/s/ Anthony I. Paronich_____
　　　　　　　　　　　　　　　　　　　　Anthony I. Paronich, Esq.

　　　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　　　Anthony I. Paronich, Esq.
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　Hingham, MA 02043.
　　　　　　　　　　　　　　　　　　(508) 221-1510
　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com

Case 3:25-cv-02466-KM    Document 4    Filed 01/21/26    Page 2 of 2